AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern        District of        New York

JUDITH A. BRANDT, Plaintiff,

V.

ALLIED AVIATION SERVICES, INC., and
ROBERT L. ROSE, Defendants

**SUMMONS IN A CIVIL ACTION**

08 CV 5196

CASE NUMBER:

**JUDGE HELLERSTEIN**

TO: (Name and address of Defendant)

ALLIED AVIATION SERVICES, INC., 462 Seventh Avenue, New York, New York 10018

ROBERT L. ROSE, 462 Seventh Avenue, New York, New York 10018

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SKLOVER & DONATH, LLC
10 Rockefeller Plaza
Suite 816
New York, New York 10020
Telephone (212) 757-5000

an answer to the complaint which is served on you with this summons, within ___TWENTY (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                        JUN 0 6 2008

CLERK                                                     DATE

_[signature]_

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  16 JUNE 2008 |
| NAME OF SERVER (PRINT)  STEVEN R. TALAN, ESQ | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): via e-mail pursuant to Stipulation; see Affidavit of Service attached.

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL  N/A | SERVICES  N/A | | TOTAL  $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/18/08
              Date               Signature of Server

                        10 ROCKEFELLER PLAZA, STE. 816, NEW YORK, NY 10020
                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JUDITH A. BRANDT,

                Plaintiff,              INDEX No.:08 CV 5196 (AKH)(DF)

- against -                                  ECF CASE

ALLIED AVIATION SERVICES, INC., and
ROBERT L. ROSE,

                Defendants.
-----------------------------------------------------------X

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                   ss:
COUNTY OF NEW YORK )

      STEVEN R. TALAN, ESQ., being sworn, deposes and says: I am not a party to the action, am over 18 years of age and reside at Garden City Park, New York 11040.

      I am an attorney duly admitted to practice before the courts of the State of New York and the Commonwealth of Massachusetts and the United States District Court for the Southern District of New York.

      On June 16, 2008, I served the within SUMMONS AND COMPLAINT, together with copies of the Civil Cover Sheet, Individual Rules of Judge Hellerstein and Magistrate Judge Freeman by transmitting true copies thereof via electronic mail in accordance with a stipulation agreed upon with counsel for the Defendants, SEAN R. KELLY, ESQ., SAIBER LLC, One Gateway Center, Newark, New Jersey, 07102. The Electronic Mail was sent to SRK@Saiber.com, the email address of counsel and an acknowledgement confirming receipt was received back from Defendants' counsel. A true copy of that Stipulation is annexed hereto and made a part hereof.

Dated: New York, New York
       June 18, 2008

Sworn to before me on
June 18, 2008

_____
Notary Public

_____
STEVEN R. TALAN, ESQ.

Sheree Donath
Notary Public, State of New York
No. 02DO6074328
Qualified in Nassau County
Commission Expires May 13, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JUDITH A. BRANDT,

                          Plaintiff,                    INDEX No.:
                                                    08 CV 5196 (AKH)(DF)

      - against -                           **STIPULATION AND ORDER**

ALLIED AVIATION SERVICES, INC., and
ROBERT L. ROSE,

                          Defendants.
---------------------------------------------------------X

      WHEREAS Plaintiff JUDITH A. BRANDT, has consented to the request of Defendants, ALLIED AVIATION SERVICES, INC. and ROBERT L. ROSE, to an extension of time to answer, move or otherwise respond with respect to Plaintiff's Complaint, and;

      WHEREAS Defendants have consented that SAIBER, LLC, accepts service of the Summons and Complaint via Electronic Mail on June 16, 2008;

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that:

    (a) Service of process of Summons and Complaint is hereby accepted by Defendants via email;

    (b) Defendants consent to the jurisdiction and venue of the United States District Court for the Southern District of New York; and

    (c) that the time within which Defendants will answer, move or to otherwise respond with respect to Plaintiff's Complaint is extended to and including August 5, 2008.

Dated: New York, New York
June 16, 2008

SKLOVER, & DONATH, LLC

By: _____
Alan L. Sklover (AS 3737)
10 Rockefeller Plaza, Suite 816
New York, New York 10020
(212) 757-5000

Attorneys for Plaintiff
Judith A. Brandt

SAIBER, LLC

By: _____
Sean R. Kelly (SK 0307)
One Gateway Center, Suite 1300
Newark, New Jersey 07102
(973) 645-4801

Attorneys for Defendants
Allied Aviation Services, Inc. and Robert L. Rose

SO ORDERED:

_____
U.S.D.J.