UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

JUDITH A. BRANDT,

                         Plaintiff,

       - against -

ALLIED AVIATION SERVICES, INC., and
ROBERT L. ROSE,

                         Defendants.
--------------------------------------------------------X

INDEX No.:
08 CV 5196 (AKH)(DF)

**STIPULATION AND ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

WHEREAS Plaintiff JUDITH A. BRANDT, has consented to the request of Defendants, ALLIED AVIATION SERVICES, INC. and ROBERT L. ROSE, to an extension of time to answer, move or otherwise respond with respect to Plaintiff's Complaint, and;

WHEREAS Defendants have consented that SAIBER, LLC, accepts service of the Summons and Complaint via Electronic Mail on June 16, 2008;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that:

(a) Service of process of Summons and Complaint is hereby accepted by Defendants via email;

(b) Defendants consent to the jurisdiction and venue of the United States District Court for the Southern District of New York; and

(c) that the time within which Defendants will answer, move or to otherwise respond with respect to Plaintiff's Complaint is extended to and including August 5, 2008.

Dated: New York, New York
  June 16, 2008


SKLOVER, & DONATH, LLC

By: _____
 Alan L. Sklover (AS 3737)
10 Rockefeller Plaza, Suite 816
New York, New York  10020
(212)  757-5000

Attorneys for Plaintiff
 Judith A. Brandt


SAIBER, LLC

By: _____
 Sean R. Kelly (SK 0307)
One Gateway Center, Suite 1300
Newark, New Jersey 07102
(973)645-4801

Attorneys for Defendants
 Allied Aviation Services, Inc. and Robert L.
 Rose


SO ORDERED: 6/19/08
_____
   U.S.D.J.