Sean R. Kelly, Esq. (SK-0307)
SAIBER LLC
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
(973) 622-3333
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDITH A. BRANDT, | Civil Action No. <u>08-cv-5196 (AKH)(DF)</u> |
| Plaintiff, | ECF Case |
| v. | **NOTICE OF APPEARANCE** |
| | **OF SEAN R. KELLY** |
| ALLIED AVIATION SERVICES, INC. and ROBERT L. ROSE | |
| Defendants. | *Document Filed Electronically* |

**PLEASE TAKE NOTICE** that defendants Allied Aviation Services, Inc. and Robert L. Rose ("Defendants") are represented by the firm of Saiber LLC in the above-captioned matter. Sean R. Kelly, Esq. hereby enters his appearance as counsel of record and as "lead attorney to be noticed" on behalf of Defendants.

Accordingly, Defendants respectfully request that any future Notices of Electronic Filing related to this case be forwarded to Sean R. Kelly at (srk@saiber.com).

                                      SAIBER LLC
                                      Attorneys for Defendants

                              By:  <u>s/ Sean R. Kelly</u>
                                      Sean R. Kelly (SK-0307)
                                      One Gateway Center, 13th Floor
                                      Newark, New Jersey 07102-5311
                                      (973) 622-3333
                                      srk@saiber.com

Dated: August 5, 2008

{00534227.DOC}