Sean R. Kelly, Esq. (SK-0307)
SAIBER LLC
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
(973) 622-3333
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUDITH A. BRANDT,

    Plaintiff,

v.

ALLIED AVIATION SERVICES, INC. and
ROBERT L. ROSE

    Defendants.

Civil Action No. 08-cv-5196 (AKH)(DF)
ECF Case

**RULE 7.1 DISCLOSURE STATEMENT**

*Document Filed Electronically*

---

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Allied Aviation Services, Inc. ("Allied") (a private non-governmental party) certifies that, with regard to corporate parents, Allied is owned by Allied Aviation Holdings Corporation which is owned by Tampa Pipeline Corporation which is owned by Allied Aviation, LLC, a Florida limited liability company. There is no publicly held corporation which owns more than 10% of Allied stock.

{00535005.DOC}

2

                                      SAIBER LLC  
                                      Attorneys for Defendants

                                By:  *s/ Sean R. Kelly*  
                                        Sean R. Kelly (SK-0307)  
                                        One Gateway Center, 13th Floor  
                                        Newark, New Jersey 07102-5311  
                                        (973) 622-3333  
Dated:  August 5, 2008                    srk@saiber.com

{00535005.DOC}          2