

RECEIVED AUG 0 8 2008

# SKLOVER & DONATH, LLC
### ATTORNEYS AND COUNSELORS AT LAW

TEN ROCKEFELLER PLAZA
NEW YORK, NY 10020
(212) 757-5000

WWW.EXECUTIVELAW.COM
FACSIMILE: (212) 757-5002
WRITER'S E-MAIL:
   STEVE@EXECUTIVELAW.COM

COUNSEL, NEGOTIATION, LITIGATION
EXECUTIVELAW AND STRATEGY INSTITUTE
PRACTICE LIMITED TO EXECUTIVE EMPLOYMENT

August 8, 2008

*The motion was denied this date. See order endorsed 8-8-08* [handwritten]

VIA FACSIMILE TO 212-805-7942

The Honorable Alvin K. Hellerstein
United States District Court Judge
USDC-Southern District of New York
500 Pearl Street, Room 1050
New York, New York

RE: Judith A. Brandt v. Allied Aviation Services, Inc. and Robert L. Rose,
~~08 CV 5195~~ (AKH) 08 CV 5196

Your Honor:

    Our firm represents the Plaintiff, Judith A. Brandt in the above referenced action presently before the Court.

    In lieu of filing an Answer, the Defendants have noticed a motion to strike certain portions of the Plaintiff's complaint. The parties have conferred and agreed upon a briefing schedule for this motion subject to Your Honor's approval.

    Annexed hereto, please find a copy of the proposed Stipulation and Order regarding the Defendants' Motion.

    In accordance with the local rules, a copy of this proposed Stipulation and Order has been electronically transmitted to the Judgments and Orders Clerk of the Court for Submission.

    Thank you for your consideration of this matter.

Respectfully submitted,

SKLOVER & DONATH, LLC

By: _____
Steven R. Talan (ST5353)
Steve@Executivelaw.com

SRT/sf
Enclosure
cc:  Sean R. Kelly, Esq., Saiber, LLC., Counsel for Defendants via email.