*Motion denied. The paragraphs may be relevant to a RICO case. However, the court questions if an injury to business or property has been, or can be, alleged, and if, w/out such allegation, a legally sufficient RICO claim can be alleged. The parties shall submit brief on that limited issue by Sept. 8, 2008. Discovery is stayed until then.*
*So Ordered.*
*8/13/08* /s/ AKH

Sean R. Kelly, Esq. (SK-0307)
SAIBER LLC
One Gateway Center, 13th Floor
Newark, New Jersey 07102-5311
(973) 622-3333
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUDITH A. BRANDT,

    Plaintiff,

v.

ALLIED AVIATION SERVICES, INC. and
ROBERT L. ROSE,

    Defendants.

---

Civil Action No. 08-cv-5196 (AKH)(DF)
ECF Case

**NOTICE OF MOTION TO STRIKE UNAUTHORIZED DISCLOSURES OF PRIVILEGED COMMUNICATIONS**

*Document Filed Electronically*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08

To:    Alan L. Sklover, Esq.
       Sklover & Donath, LLC
       Ten Rockefeller Plaza, Suite 816
       New York, New York 10020
       Attorneys for Plaintiff

PLEASE TAKE NOTICE that on a date and time to be scheduled by the Court in accordance with the Individual Rules of the Honorable Alvin K. Hellerstein, U.S.D.J., the undersigned attorneys for defendants shall move before Judge Hellerstein at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Room 1050, New York, New York, for an Order pursuant to Federal Rule of Civil Procedure 12(f)(2) striking from the Complaint the unauthorized disclosures of privileged communications, specifically, paragraphs 58, 60-62, 64, and 66-67.

PLEASE TAKE FURTHER NOTICE that in support of this application, the undersigned shall rely upon the brief submitted herewith.

{00534862.DOC}

A proposed form of Order is submitted herewith.

        SAIBER LLC
        Attorneys for Defendants

By: *s/ Sean R. Kelly*
     Sean R. Kelly (SK-0307)
     One Gateway Center, 13th Floor
     Newark, New Jersey 07102-5311
     (973) 622-3333
     srk@saiber.com

Dated: August 5, 2008