UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
JUDITH A. BRANDT,

                Plaintiff,

- against -

ALLIED AVIATION SERVICES, INC., and
ROBERT L. ROSE,

                Defendants.
------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/25/08

INDEX No.:
08 CV 5196 (AKH)(DF)

**STIPULATION AND ORDER**

WHEREAS Plaintiff, JUDITH A. BRANDT and Defendants, ALLIED AVIATION SERVICES, INC. and ROBERT L. ROSE have agreed to modify the causes of action that Plaintiff claims against Defendants,

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties herein, that Plaintiff hereby withdraws her FOURTH CLAIM FOR RELIEF (Civil RICO – Violation of 18 U.S.C. § 1962, against Both Defendants) without prejudice and without costs to either party.

Dated: New York, New York
       July 30, 2008

SKLOVER, & DONATH, LLC

By: _____
Alan L. Sklover (AS 3737)
Steven R. Talan (ST5353)
10 Rockefeller Plaza, Suite 816
New York, New York 10020
(212) 757-5000

Attorneys for Plaintiff
Judith A. Brandt

SAIBER, LLC

By: _____
Sean R. Kelly (SK 0307)
One Gateway Center, Suite 1300
Newark, New Jersey 07102
(973)645-4801

Attorneys for Defendants
Allied Aviation Services, Inc. and Robert L. Rose

SO ORDERED: 8/25/08

_____
ALVIN K. HELLERSTEIN, U.S.D.J.