

# SKLOVER & DONATH, LLC
ATTORNEYS AND COUNSELORS AT LAW

TEN ROCKEFELLER PLAZA
NEW YORK, NY 10020
(212) 757-5000

WWW.EXECUTIVELAW.COM
FACSIMILE: (212) 757-5002
WRITER'S E-MAIL:
STEVE@EXECUTIVELAW.COM

COUNSEL, NEGOTIATION, LITIGATION
EXECUTIVELAW AND STRATEGY INSTITUTE
PRACTICE LIMITED TO EXECUTIVE EMPLOYMENT

August 27, 2008

By facsimile to 212-805-7942

The Honorable Alvin K. Hellerstein
United States District Court Judge
United States District Court for
 the Southern District of New York
500 Pearl Street
New York, New York 10007

RE:   Brandt v. Allied Aviation Services, Inc. and Rose, USDC-SDNY 08 CIV 5196 (AKH)

Your Honor:

Our office represents the Plaintiff, Judith A. Brandt in the above action. We write supplementing our earlier letter and request a brief adjournment of the Preliminary Conference now scheduled for September 5, 2008 at 9:30 a.m. for one week until September 12, 2008, 9:30 a.m.

Since transmitting our earlier letter to the Court, we have received email from Defendants' Counsel, Sean R. Kelly, Esq. of Saiber, LLC. Mr. Kelly has stated that he has a conflict on the morning of September 11, 2008 but has no objection to our request for an adjournment until September 12, 2008.

Again, we make this request because of a pre-existing scheduling conflict for our lead counsel, Daniel M. Felber, Esq. on September 5, 2008.

Thank you for your consideration of this request.

Respectfully submitted,

SKLOVER & DONATH, LLC

By _____
Steven R. Talan (ST5353)
Steve@Executivelaw.com

cc: William Maderer, Esq., Jeffrey Pasek, Esq., Sean R. Kelly, Esq., Saiber, LLC via email and facsimile
     to (973) 622-3349
SRT/sf

*so ordered 8-28-08*
*AK Hellerstein*